James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
jschultz@sessions.legal
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant AmSher Collection Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LEBHART,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMSHER COLLECTION SERVICES, INC. f/k/a AMSHWER RECEIVABLE MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No.  8:18-CV-00286 JVS DFM<br><br>STIPULATION TO DISMISS |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Christian Lebhart, and Defendant, AmSher Collection Services, Inc., by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that

this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: 05/03/2018            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
AmSher Collection Services, Inc.

Dated: 05/03/2018            Kimmel & Silverman, P.C.

Amy L. Bennecoff Ginsburg
Attorney for Plaintiff
Christian Lebhart

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of the above listed counsel for the Plaintiff in the content of this document and her authorization to file it.

Dated: 05/03/2018            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick