UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN LEBHART,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMSHER COLLECTION SERVICES, INC. f/k/a AMSHWER RECEIVABLE MANAGEMENT, INC.,<br><br>　　　　　Defendant. | Case No. 8:18-CV-00286 JVS DFM<br><br>ORDER APPROVING STIPULATION TO DISMISS |

　　The parties to the above captioned action having stipulated that the action shall be dismissed in its entirety with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed in its entirety with prejudice.  Each party is to bear its own costs and fees.

Dated:  May 04, 2018

_____
Hon. James V. Selna
United States District Judge